UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HANNA INSTRUMENTS, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>BUSINESS SOFTWARE ALLIANCE and MICROSOFT CORPORATION,<br><br>Defendants/Counterclaim-Plaintiffs. | Civil Action No. 1:17-cv-522-WES-PAS |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Hanna Instruments, Inc. and Defendants BSA Business Software Alliance, Inc. d/b/a BSA | The Software Alliance ("BSA") and Microsoft Corporation ("Microsoft"), by and through their respective counsel, that pursuant to Civil Rule 29(b) of the Local Rules for the United States District Court for the District of Rhode Island, the time by which Defendants must answer or otherwise respond to the Complaint shall be enlarged by thirty (30) days to May 9, 2018.

**[SIGNATURE PAGE FOLLOWS]**

| | |
|---|---|
| _//John T. McInnes_____ | _//Joseph V. Cavanagh_____ |
| Jodi-Ann McLane, Esq. | Joseph V. Cavanagh, III  #6907 |
| jodi@mcmcip.com | BLISH & CAVANAGH, LLP |
| John T. McInnes, Esq. | Commerce Center |
| john@mcmcip.com | 30 Exchange Terrace |
| MCINNES & MCLANE, LLP | Providence, RI 02903 |
| 11 Broadcommon Road, Suite 214 | Tel.: (401) 831-8900 |
| Bristol, RI 02809 | Fax: (401) 751-7542 |
| Phone: (401) 223-5853 | jvc3@blishcavlaw.com |
| Fax: (866) 610-0507 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2018, a true copy of the within document was filed electronically and it is available for viewing and downloading from the Court's Electronic Case Filing System by counsel of record for all parties.

_//John T. McInnes_____