UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HANNA INSTRUMENTS, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> BUSINESS SOFTWARE ALLIANCE and MICROSOFT CORPORATION, <br><br> Defendants/Counterclaim-Plaintiffs. | Civil Action No. 1:17-cv-522-WES-PAS |

**CONSENT JUDGMENT**

It is hereby stipulated and agreed by and between plaintiff, Hanna Instruments, Inc. and Defendants BSA Business Software Alliance, Inc. d/b/a BSA | The Software Alliance and Microsoft Corporation, and after consideration by the Court, that Judgment shall enter forthwith in this action as follows:

1. All claims and counterclaims of all parties shall be dismissed without prejudice; and
2. All parties shall bear its own costs and attorneys' fees.

ENTER:                                                                PER ORDER:

_____                          _____

| | |
|---|---|
| HANNA INSTRUMENTS, INC., | BSA BUSINESS SOFTWARE ALLIANCE, INC. and MICROSOFT CORPORATION, |
| By its attorneys, | By their attorneys, |
| /s/ Jodi-Ann McLane<br>Jodi-Ann McLane, Esq.<br>jodi@mcmcip.com<br>John T. McInnes, Esq.<br>john@mcmcip.com<br>MCINNES & MCLANE, LLP<br>11 Broadcommon Road, Suite 214<br>Bristol, RI 02809<br>Phone: (401) 223-5853<br>Fax: (866) 610-0507 | /s/ Joseph V. Cavanagh, III<br>Joseph V. Cavanagh, III  #6907<br>BLISH & CAVANAGH, LLP<br>Commerce Center<br>30 Exchange Terrace<br>Providence, RI 02903<br>Tel.: (401) 831-8900<br>Fax: (401) 751-7542<br>jvc3@blishcavlaw.com |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of May, 2018, a true copy of the within document was filed electronically and it is available for viewing and downloading from the Court's Electronic Case Filing System by counsel of record for all parties.

                   _Joseph V. Cavanagh, III_