UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HANNA INSTRUMENTS, INC.,

Plaintiff/Counterclaim-Defendant,

v.

BUSINESS SOFTWARE ALLIANCE and MICROSOFT CORPORATION,

Defendants/Counterclaim-Plaintiffs.

Civil Action No. 1:17-cv-522-WES-PAS

## CONSENT JUDGMENT

It is hereby stipulated and agreed by and between plaintiff, Hanna Instruments, Inc. and Defendants BSA Business Software Alliance, Inc. d/b/a BSA | The Software Alliance and Microsoft Corporation, and after consideration by the Court, that Judgment shall enter forthwith in this action as follows:

1. All claims and counterclaims of all parties shall be dismissed without prejudice; and
2. All parties shall bear its own costs and attorneys' fees.

ENTER:

*Barbara Barletta*

PER ORDER:

*WSmmm*
6/6/18

| HANNA INSTRUMENTS, INC., | BSA BUSINESS SOFTWARE ALLIANCE, INC. and MICROSOFT CORPORATION, |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Jodi-Ann McLane<br>Jodi-Ann McLane, Esq.<br>jodi@mcmcip.com<br>John T. McInnes, Esq.<br>john@mcmcip.com<br>MCINNES & MCLANE, LLP<br>11 Broadcommon Road, Suite 214<br>Bristol, RI 02809<br>Phone: (401) 223-5853<br>Fax: (866) 610-0507 | /s/ Joseph V. Cavanagh, III<br>Joseph V. Cavanagh, III  #6907<br>BLISH & CAVANAGH, LLP<br>Commerce Center<br>30 Exchange Terrace<br>Providence, RI 02903<br>Tel.: (401) 831-8900<br>Fax: (401) 751-7542<br>jvc3@blishcavlaw.com |